IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mars, Delmar

Printed: 7/29/08

Case Number: 04 B 38300
Judge: Hollis, Pamela S
Filed: 10/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,963.86 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 49.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,705.20 |
| Trustee Fee: |  | 208.97 |
| Other Funds: |  | 0.62 |
| Totals: | 3,963.86 | 3,963.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,705.20 | 3,705.20 |
| 2. | Tougaloo College | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 49.65 | 49.07 |
| 4. | United States Dept Of Education | Unsecured | 275.49 | 0.00 |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | Lawrence D Wolin Md | Unsecured | | No Claim Filed |
| 7. | Ice Mountain Spring Water | Unsecured | | No Claim Filed |
| 8. | Orchard Bank | Unsecured | | No Claim Filed |
| 9. | American General Finance | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,030.34 | $ 3,754.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |
| 4% | 6.25 |
| 3% | 4.64 |
| 5.5% | 26.19 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 134.97 |
|  | _____ |
|  | $ 208.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mars, Delmar | Case Number:  04 B 38300 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/29/08 | Filed:  10/14/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

                      _____